# United States District Court
# Central District of California

| | |
|---|---|
| MICHELE A. DOBSON, individually; MICHELE A. DOBSON, as Guardian Ad Litem for D.T.W., an 11-year-old minor, and M.D.W., a 7-year-old-minor, individually,<br><br>     Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA; COUNTY OF LOS ANGELES; LONG BEACH POLICE DEPARTMENT; DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF THE COUNTY OF LOS ANGELES; DEPARTMENT OF HUMAN SERVICES SYSTEMS OF THE COUNTY OF LOS ANGELES; SHANNON STEVENSON; KELLY CALLAHAN; BILLY FOSTER;SARAI GARCIA; HELENE HANDLER; | Case No. 2:15-cv-9648-ODW(JPR)<br><br>**ORDER TO SHOW CAUSE RE: GUARDIAN AD LITEM STATUS** |

1  ROBERT MUNOZ; JAMIE ESTRADA;
2  DI LINDA BOSSENMEYER; BRITTANI
3  JOHNSON; KAIRON WILLIAMS;
4  SUSAN JEOUNG; LONG BEACH
5  UNIFIED SCHOOL DISTRICT; LAURA
6  WHEELS; IDA MOSCOSCO; LAW
7  OFFICES OF MARLENE FURTH;
8  CHILDRENS LAW CENTER OF
9  CALIFORNIA; CAMP FIRE WRAP
10 USA; JENNIFER CANTALAN; DANIEL
11 KRAMON,
12               Defendants.

1    Plaintiff Michele A. Dobson seeks to represent the interests of two minor children, D.T.W. and M.D.W, in the action at bar. (Compl. ¶ 9, ECF No. 4.) Ms. Dobson seeks to do so as the Guardian Ad Litem for the minor children, but to date has yet to apply to this Court for appointment as such. Under Federal Rule of Civil Procedure 17(c), a minor child without a duly appointed representative may be represented by a next friend or Guardian Ad Litem. However, that Guardian Ad Litem must be appointed by the Court. *Id.* The application for Guardian Ad Litem status must be filed at the time of the minor's first appearance. L.R. 17-1.1.

With no application filed and, as such, no valid representation of the minors, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, **by February 19, 2016**, why her representative capacities should not be stricken from the Complaint. No hearing will be held. A valid filing of the Petition for Appointment of a Guardian Ad Litem, or a brief of no more than five (5) pages explaining the inapplicability of Federal Rule 17(c), will discharge this order.

**IT IS SO ORDERED.**

February 5, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**